IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROLANDA SCOTT,
Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
Defendant

CIVIL ACTION

No. 07-4624

## ORDER

AND NOW, this 2nd day of September, 2008, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Peter B. Scuderi, and upon independent review of the motions filed by the parties, it is hereby

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. Plaintiff's Request for Review is DENIED.
3. The decision of the Commissioner which denied disability income benefits and supplemental security income to the Plaintiff is AFFIRMED.

BY THE COURT:

John P. Fullam
JOHN P. FULLAM, J.